# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the **Second** **Mon** day of **September** in the year of our Lord one thousand nine hundred and **eighty-four**

The Jurors of said Commonwealth, on their Oath, present THAT

also known as **ROBERTO PABON SANTIAGO**
**FERNANDO ERAZO**
also known as **CANO**

whose other or true name , if any. is to the Jurors aforesaid unknown,

of **Springfield** , in the County of Hampden aforesaid,

on the **twenty-first** day of **August**

in the year of our Lord one thousand nine hundred and **eighty-four**

at **Springfield** , in the County of Hampden aforesaid,

did assault and beat **FRANCISCO FLORES**
with the intent to murder **FRANCISCO FLORES**
by shooting and discharging a FIREARM loaded with LEADEN BULLETS
into the body of the said **FRANCISCO FLORES**
and by such assault and beating did kill and murder the said **FRANCISCO FLORES**

A True Bill:

_(signature)_
Foreman.

_(signature)_
Asst. District Attorney for the Western District

A true copy.

Attest: _(signature)_ William L. Casoe
Assistant Clerk

W- 45418

.53.
sard.

Number

## 84 4282

### COMMONWEALTH

vs.
ROBERTO PABON SANTIAGO
also known as FERNANDO ERAZO
also known as CANO

### MURDER

(265-1)

HAMPDEN, ss. Superior Court

...... September ...... Sitting, A. D. 19 84

Returned by the Grand Jury and filed by order of Court

ATTEST:

_____ Clerk

_____ 1st Asst Clerk
1984 Sept. 20    Order to Notify.
4 26 85
(Keady. J)  ORDERED FILE TO LOCATE

William L Casos

COMMONWEALTH OF MASSACHUSETTS

AMPDEN, SS.
I, Edward J. McKay, Assistant Clerk for the County
f Hampden, do certify that this Indictment was found by the grand jurors of the
commonwealth of Massachusetts, attending said Court, at the Sept. Sitting
hereof, holden at Springfield, in said County, on the second Monday of
ept. in the year of our Lord one thousand nine hundred and eighty-four, and
as returned by said grand jurors into said Court on the twentieth day of
ept. in said year one thousand nine hundred and eighty-four.
N TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said
Court, this twentieth day of Sept. A.D. 1984.

Attest:

𝕰𝔵𝔥𝔦𝔟𝔦𝔱 𝔒𝔫𝔩𝔶

**Rule 40**    RULES OF CRIMINAL PROCEDURE

## PROOF OF OFFICIAL RECORDS

*(Applicable to District Court and Superior Court)*

**(a) Authentication.**

(1) *Domestic.*  An official record kept within the Commonwealth, or an entry therein, when admissible for any purpose, may be evidenced by an official publication thereof or by a copy attested by the officer having legal custody of the record, or by his deputy.  If the record is kept in any other state, district, commonwealth, territory or insular possession of the United States, or within the Panama Canal Zone or the Trust Territory of the Pacific Islands, any such copy shall be accompanied by a certificate that such custodial officer has the custody.  This certificate may be made by a judge of a court of record of the district or political subdivision in which the record is kept, authenticated by the seal of the court, or may be made by any public officer having a seal of office and having official duties in the district or political subdivision in which the record is kept, authenticated by the seal of his office.





LEIGH M. OLSEN (W64686)
P.O. BOX 466
500 COLONY ROAD
NCCI GARDNER
GARDNER, MA 01440-0466

MAILED TUESDAY, MAY 19, 2004

CLERK OF COURS
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
ONE BEACON STREET
4TH FLOOR
BOSTON, MA 02108

SUPREME JUDICIAL COURT
## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK,SS.

SINGLE JUSTICE SESSION
HABEAS CORPUS ACTION
NO._____

LEIGH OLSEN,

**NORTH CENTRAL CORRECTIONAL INSTITUTION**
P. O. BOX 466
GARDNER, MA. 01440    PETITIONER

# AFFIDAVIT
## OF
LEIGH OLSEN

VS.

STEVEN O'BRIEN,
SUPERINTENDENT,
N.C.C.I. AT GARDNER,MA.

— RESPONDENT(S)

## To All People To Whom These Presents Shall Come,

I, LEIGH OLSEN,the Petitioner, Pro Se, do hereby, under the pains and penalty of perjury, depose and say:

1.    That I had the occasion to file my petition for the writ of habeas corpus ad subjiciendum into the **WORCESTER COUNTY SUPERIOR COURT DEPARTMENT**, and the clerks assigned the DOCKET NUMBER "CIVIL DOCKET#:WOCV2003-02189-C" on:

"THIS 3RD DAY OF DECEMBER,2003."

2.    This AFFIDAVIT contains the DOCUMENTARY PROOF" my cover-letter dated "MAY 3,2004" affixed to my petition, which these "DOCUMENTARY PROOF" contains "16"EXHIBITS

1.

AFFIDAVIT
OF
LEIGH OLSEN    (Continued)
_____

which are to be supplimented to my "ORIGINAL" set of

pleadings.

3.    That I claim that the clerk(s) of the WORCESTER

COUNTY SUPERIOR COURT, did unconstitutionally obstructed

the delivery to the possession and judicial control of

any SUPERIOR COURT JUDGE. NO JUDGE IS EMPOWERED TO ALTER

MY PETITION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM

INTO A CIVIL COMPLAINT AND ISSUE CIVIL SUMMONS TO THE

PLAINTIFF TO SERVE HIS PETITION AS A CIVIL COMPLAINT!!!

4.    That I claim that the notices sent to me by the

clerk(s) were not pursuant to THE HABEAS CORPUS LAWS.

The clerks sent me notices that rejected my motions,(and

state and federal laws) which guarantee me the benefits

of habeas corpus, and NONE of said notices were PROPERLY

AUTHENTICATED as is mandatory by FEDERAL AND STATE STATU-

TORY LAWS (TITLE 28 USCS §1738; MASS.GEN.LAW,CHAP.212,§26)

and additionally, the clerks' notices, except a copule,

WHERE NEVER SIGNED, NOR ACCOMPANIED BY THE ORDER OF THE

JUDICIAL OFFICER OF THE COURT.

MAY 13,2004                  SIGNED UNDER PAINS AND PENALTY
                             OF PERJURY.

EXHIBITS ATTACHED
HERETO

                             LEIGH OLSEN   Affiant
                             NCCI P.O. BOX 466
                             GARDNER,MA 01440-0466

                             2.

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET#: **WOCV2003-02189-C**

RE:   Olsen v Maloney Commissioner et al

TO:   Leigh Olsen
      NCCI
      PO Box 466
      Gardner, MA 01440

*Rec. on:*
*Friday at 4:25 PM*
*Dec. 5 2003*

#1.

## ORDER RELATIVE TO PLAINTIFF'S MOTION
## TO WAIVE FILING FEE AND PROCEED IN FORMA PAUPERIS

The plaintiff in the above captioned action has filed a motion to waive the filing fee (and the surcharge) and to proceed in forma pauperis. The motion is allowed conditionally.

The plaintiff shall, **by 01/02/2004**, file a printout showing the status of plaintiff's canteen account and savings account, if any, for the past six (6) months.

Upon receipt of this additional information, the Court will determine whether the plaintiff will be required to pay part, or all of the required filing fee (including the surcharge).

Also, upon review the Court has instructed the Clerk's office to take the following action:

[X]   Service is to be made upon defendant(s) by means of (certified)  mail by the plaintiff(s), **Olsen.**

[X]   A copy of the complaint is to be sent to the Office of the Attorney General or the Department of Corrections by the plaintiff(s)  **Olsen.**

**If the requested information is not received by said date, the Complaint will be dismissed, without prejudice, for failure to comply with this order.**

Dated at Worcester, Massachusetts this 3rd day of December, 2003.

By the Court (John P. Connor, Jr. , Justice)

Francis A. Ford,
Clerk of the Courts

By

Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)
Room: Rm 16 (Session C)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

No.

#2

)
)
)
Plaintiff (s)    )
)    **SUMMONS**
V.    )
)
)
Defendant (s)    )

To the above-named Defendant:

You are hereby summoned and required to serve upon.....................................
.................................................................................................., plaintiff's attorney,
whose address is ......................................................................................,
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the............................
day of ..............................................................in the year of our Lord two thousand  and
......................... .

*Francis A. Ford*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
if you claim to have a defense, either you or your attorney must serve a copy of your written
answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
Court, Room 21.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ............................................................................................................

20............, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

................................................................................................................................................................

................................................................................................................................................................

................................................................................................................................................................

Dated: ........................................................, 20..................... .

**N.B. TO PROCESS SERVER:**

   PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
   ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

   | , 20 |
   | --- |

---

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action
No.

.............Plaintiff

v.

.............Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

No.

#3

)
)
)
Plaintiff (s)     )
)               **SUMMONS**
v.              )
)
)
Defendant (s)    )

\* To the above-named Defendant:

You are hereby summoned and required to serve upon....................................
.............................................................................................................., plaintiff's attorney,
whose address is ..............................................................................,
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgement by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, SUZANNE V. DEL VECCHIO, Esquire, at Worcester, the...........................
day of ...............................................................in the year of our Lord two thousand  and
......................  .

*Francis A. Ford*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:  TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\*     NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but
       if you claim to have a defense, either you or your attorney must serve a copy of your written
       answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior
       Court, Room 21.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ...............................................................................................................

20............, I served a copy of the within summons, together with a copy of the complaint in this action,

upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

.................................................................................................................................................................

.................................................................................................................................................................

.................................................................................................................................................................

Dated: ..............................................., 20..................... .

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20 |

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No.

..............Plaintiff

v.

..............Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.**

)
)
)
)
**Plaintiff (s)**    )
)
v.                   )         **SUMMONS**    #4
)
)
**Defendant (s)**    )

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 21.

**To the above-named Defendant:**

You are hereby summoned and required to serve upon ...............................
........................................................................, plaintiff's attorney,
whose address is .........................................................................
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, Robert A. Mulligan, Esquire, at Worcester, the
day of                                    in the year of our Lord one thousand nine
hundred and ninety

*Louis P. Lamoureux*

**Clerk**

NOTES:
1.  This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2.  When more than one defendant is involved, the names of all defendants should appear in the caption.
    If a separate summons is used for each defendant, each should be addressed to the particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:    TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ...............................................................................................

19 ...... , I served a copy of the within summons, together with a copy of the complaint in this action, upon

the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

.................................................................................................................................................

.................................................................................................................................................

.................................................................................................................................................

Dated:                  , 19

**N.B. TO PROCESS SERVER:**

    PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

    **ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| |
|---|
| , 19 |

**COMMONWEALTH OF MASSACHUSETTS**

Worcester, ss.

Superior Court
Civil Action
No.

Plaintiff

v.

Defendant

**SUMMONS**

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

**Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action**

**No.**

)
)
)
)
**Plaintiff (s)**  )  **SUMMONS**
)
v.  )
)
)
**Defendant (s)**  )

#5

NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein **AND** also file the original in the Clerk's Office, Superior Court, Room 21.

To the above-named Defendant:

You are hereby summoned and required to serve upon ..................................
................................................................................................, plaintiff's attorney,
whose address is ...................................................................................
an answer to the complaint which is herewith served upon you, within 20 days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.
You are also required to file your answer to the complaint in the SUPERIOR COURT
Department of the Trial Court at WORCESTER either before service upon plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-
claim any claim which you may have against the plaintiff which arises out of the
transaction of occurrence that is the subject matter of the plaintiff's claim or you will
thereafter be barred from making such claim in any other action.

Witness, Robert A. Mulligan, Esquire, at Worcester, the
day of                                          in the year of our Lord one thousand nine
hundred and ninety

*Loung P. Lamoureux*

**Clerk**

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to the particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED:    TORT — MOTOR VEHICLE TORT —
CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

**PROOF OF SERVICE OF PROCESS**

I hereby certify and return that on ..............................................................................................

19    , I served a copy of the within summons, together with a copy of the complaint in this action, upon

the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

..................................................................................................................................................

..................................................................................................................................................

..................................................................................................................................................

Dated:                          , 19

**N.B. TO PROCESS SERVER:**

PLEASE PLACE **DATE** YOU MAKE SERVICE ON DEFENDANT IN THIS BOX

**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

| |
|---|
| , 19 |

**COMMONWEALTH OF MASSACHUSETTS**

Worcester, ss.

Superior Court
Civil Action
No.

Plaintiff

v.

Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# FRANCIS A. FORD
## CLERK OF THE COURTS

ROOM 21 - COURT HOUSE

2 MAIN STREET

WORCESTER, MASSACHUSETTS 01608-1176

01446:0466  07

#
5A

# Commonwealth of Massachusetts
## County of Worcester
### The Superior Court

CIVIL DOCKET# **WOCV2003-02189**

RE:    **Olsen v Maloney Commissioner et al**

TO:Leigh Olsen
NCCI
PO Box 466
Gardner, MA 01440

## ORDER RELATIVE TO DEFENDANT(S)
## MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

The court is in receipt of defendants' motion to dismiss.

The court grants the plaintiff until **03/26/2004 to file an opposition**

**to this motion.**

**Dated at  Worcester, Massachusetts this 11th day of February,   2004.**

**John P. Connor, Jr. , Justice
of the Superior Court**

**Francis A. Ford,
Clerk of the Courts**

By:............................................

**Joanne C. Herring
Assistant Clerk**

**Rm 16 (Session C)
508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)**

LEIGH OLSEN
N.C.C.I. P.O.BOX 466
500 COLONY ROAD
GARDNER, MA 01440-0466

FRANCIS A. FORD
CLERK OF COURTS
WORCESTER SUPERIOR COURT
ROOM 21 COURT HOUSE
2 MAIN STREET
WORCESTER, MA 01608-1176

APRIL 7,2004

DEAR CLERK FORD,

I AM IN RECEIT OF YOUR NOTICE, CAPTIONED:

"CLERK NOTICE"

DATED "THIS 5TH DAY OF APRIL 2004", AND NOTICED THAT

[IT] WAS [UN]SIGNED BY YOU AND [UN]SIGNED BY"ALEXANDER

RODRIGUEZ,III, ASSISTANT CLERK".

ALTHOUGH THE CONTENTS OF YOU[R]NOTICE ADDRESSES THE

MOTION I FILED AGAINST THE RESPONDENT'S COUNSEL' PLEAD-

INGS, YOU FAILED TO AFFIX THE COURT'S MEMORANDUM AND

ORDER, PERSONALLY SIGNED BY THE JUSTICE J.P.CONNOR,JR.

ADDITIONALLY, YOUR MISSIVE WAS EXECUTED WITHOUT

compliance and obedience to MASS.GEN.LAW,CHAPTER 21@

212,§26; CHAPTER 233,§76; CHAPTER 9A/§/ 4,§§9A,9B.

ALSO NON-COMPLIANCE WITH THE U.S.CONGRESSIONAL LAW,

TITLE 28 USCS §1738 (MANDATORY LAW UPON ALL STATE COURTS.

THEREFORE, I REQUEST THAT YOU SEND ME AN AUTHENTI-

CATED COPY OF JUSTICE CONNOR,JR'S MEMORANDUM & ORDER,

OR I SHALL SUE ON HIGHER JUDICIARY(S) FOR MY RIGHT TO

VERIFIED/AUTHENTICATED JUDICIAL PROCESSES, AS THE LAWS

OF BOTH FEDERAL AND STATE MANDATES. MY CASE IS ONE OF

HABEAS CORPUS PROCEEDINGS AND NOT OF CIVIL COMPLAINT.

RESPECTFULLY SUBMITTED,

LEIGH OLSEN

Received
Thursday
March 4, 2004
2:44p.m.

FRANCIS A. FORD
CLERK OF THE COURTS
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MASSACHUSETTS 01608-1176

01440+0466;07

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket **WOCV2003-02189**

RE:  Olsen v Maloney Commissioner et al

TO:  Leigh Olsen
     NCCI
     PO Box 466
     Gardner, MA 01440

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **03/24/2004**:

*RE: Leigh Olsen's MOTION for respondents' counsel to complete service of all answers and responsive pleadings*

**is as follows:**

**MOTION (P#10) Motion DENIED but if the motion to dismiss is ALL'D without opp. being filed,the deft. shall have the right to file post judgment for relief pursuant to MRCP 60 and present evidence of on the issue of lack of evidence. (J P Connor,JR, Justice). Notices mailed April 05, 2004**

Dated at Worcester, Massachusetts this 5th day of April, 2004.

                                        Francis A. Ford,
                                        Clerk of the Courts

                          BY:

                                        Alexander Rodriguez, III
                                        Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

Copies mailed 04/05/2004

cvdresult_2.wpd 1013312 mottext marchand

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket **WOCV2003-02189**

RE:    Olsen v Maloney Commissioner et al

TO:    Leigh Olsen
       NCCI
       PO Box 466
       Gardner, MA 01440

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **03/24/2004**:

*RE: Leigh Olsen's MOTION for respondents' counsel to complete service of all answers and responsive pleadings*

**is as follows:**

**MOTION (P#10) Motion DENIED but if the motion to dismiss is ALL'D without opp. being filed,the deft. shall have the right to file post judgment for relief pursuant to MRCP 60 and present evidence of on the issue of lack of evidence. (J P Connor,JR, Justice). Notices mailed April 05, 2004**

Dated at Worcester, Massachusetts this 5th day of April, 2004.

Francis A. Ford,
Clerk of the Courts

BY:

Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

Copies mailed 04/05/2004

cvdresult_2.wpd 1013312 mottext marchand

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket **WOCV2003-02189**

RE:   Olsen v Maloney Commissioner et al

TO:   Leigh Olsen
       NCCI
       PO Box 466
       Gardner, MA 01440

## CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **03/24/2004**:

*RE: Leigh Olsen's MOTION for respondents' counsel to complete service of all answers and responsive pleadings*

**is as follows:**

**MOTION (P#10) Motion DENIED but if the motion to dismiss is ALL'D without opp. being filed,the deft. shall have the right to file post judgment for relief pursuant to MRCP 60 and present evidence of on the issue of lack of evidence. (J P Connor,JR, Justice). Notices mailed April 05, 2004**

Dated at Worcester, Massachusetts this 5th day of April, 2004.

                                        Francis A. Ford,
                                        Clerk of the Courts

                            BY:

                                        Alexander Rodriguez, III
                                        Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

Copies mailed 04/05/2004

cvdresult_2.wpd 1013312 mottext marchand

**FRANCIS A. FORD**
**CLERK OF THE COURTS**
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MASSACHUSETTS 01608-1176

WORCESTER
APR -5'04
MA

U.S.POSTAGE
0.37

0144040466 07

Received
Worcester
April 7, 2004
at the
2:44 pm

# 10A

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET# **WOCV2003-02189**

Leigh Olsen,

        **Plaintiff(s)**

**vs**

**Michael Maloney Commissioner,
Department of Corrections, and
Steven O'Brien, Superintendent of NCCI At Gardner
Defendant(s)**



## JUDGMENT ON MOTION TO DISMISS
### (Mass.R.Civ.P. 12(b)(6))

    This action came on before the Court, Thomas P. Billings, Justice upon the Defendant's, Michael T Maloney Commissioner, Steven O'Brien Superintendent, motion to dismiss pursuant to Mass. R.Civ.P. 12(b)(6), and upon consideration thereof,

    It is **ORDERED** and **ADJUDGED**:

    That the Complaint of the plaintiff (s), Leigh Olsen, is hereby **DISMISSED** against the defendant (s), Michael Maloney, Commissioner, and Steven O'Brien, Superintendent, and the defendant(s) recover their costs of action.

Dated at Worcester, Massachusetts this 12th day of April, 2004.

By: _Alexander Rodriguez III_

                                  Assistant Clerk

_Entered_

**Copies Mailed** _4/12/04_

cvdjud12b_1.wpd 1013312 mottext rodrique

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET# **WOCV2003-02189**

RE:    **Olsen v Maloney Commissioner et al**

TO:  Leigh Olsen
NCCI
PO Box 466
Gardner, MA 01440

#12

## NOTICE OF JUDGMENT ENTRY

This is to notify you that a judgment in the above referenced action has been entered
on the docket.  A copy of the judgment is attached.

Dated at Worcester, Massachusetts this 12th day of April,
2004.

Francis A. Ford,
Clerk of the Courts

BY:...................................................
Alexander Rodriguez, III
Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

cvdnotjud_2.wpd 1014790 jud12b marchand

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

Civil Docket **WOCV2003-02189**

RE:   Olsen v Maloney Commissioner et al

TO:   Leigh Olsen
      NCCI
      PO Box 466
      Gardner, MA 01440

*A) THIS IS NOT AUTHORIZED BY MGL CHAPTER 248 §§1 ET SEQ*

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **04/12/2004**:

*RE: Defendants MOTION to dismiss, memo in support of motion, cert of service*

*B) THE MOTION WAS NOT SERVED TO ME BY STATE PRISON GUARDS! THERE WAS NO ANSWERS!*

is as follows:   *NO HEARING!*

**MOTION (P#9) ALLOWEDT in as much as the petition is not based on grounds distinct from the issues of the indictments,trial,conviction and sentencing system and may not be used as a substitution for ordinary appellate procedure. (Thomas P. Billings, Justice) Notices mailed April 12, 2004**

Dated at Worcester, Massachusetts this 12th day of April, 2004.

                                          Francis A. Ford,
                                          Clerk of the Courts

                              BY:

                                          Alexander Rodriguez, III
                                          Assistant Clerk

Telephone: 508-770-1899, Ext. 125 or Ext. 105 (Session Clerk)

Copies mailed 04/12/2004

*1. UN-SIGNED.*
*2. NO SEAL.*
*3. NO ATTACHED MEMORANDUM AND ORDER, BY THE ABOVE NAMED JUDGE!*



#13A

FRANCIS A. FORD
CLERK OF THE COURTS
ROOM 21 - COURT HOUSE
2 MAIN STREET
WORCESTER, MASSACHUSETTS 01608-1176