IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEIGH M. OLSEN, ) | HABEAS CORPUS ACTION |
| PETITIONER, ) | DOCKET #4:04-cv-40178-FDS |
| VS. ) | |
| STEVEN O'BRIEN, ) SUPT. NCCI, ) | OCTOBER 4, 2004 MONDAY |
| KATHERINE DENNEHY, ) COMMISSIONER, ) MASS. DEPT. OF CORRECTION, ) | |
| RESPONDENTS. ) | |

PETITIONER'S MOTION FOR ISSUANCE
THE SHOW CAUSE ORDER UPON
RESPONDENTS WITH THE
20 DAYS LIMIT

Now comes LEIGH M. OLSEN, the Petitioner, and moves this Honorable Court to issue the SHOW CAUSE ORDER upon the respondents, commanding them to file their "ANSWER" to the Petitioner's Petition for writ of habeas corpus against being held in FALSE IMPRISONMENT using VOID PROCESSES AND FAILING TO COMPLY TO THE ACTS OF THE U.S. CONGRESS requiring said processes be executed ACCORDING TO THE LETTER OF THE LAWS; they failed to do so.

Petitioner is entitled to his day-in-Court, and pursuant to TITLE 28 USCS §2243, the compliance with the aforementioned STATUTE is guaranteed to this Petitioner unless, in the alternative, the Court elects to promptly order his release from FALSE IMPRISONMENT, forthwith.

1.

OCT.4, 2004                    Respectfully submitted,

                               /s/ Leigh M. Olsen

                               LEIGH M. OLSEN,
                               W64686
                               NCCI
                               PO BOX 466
                               GARDNER, MA 01440-0466
                               PRO SE

2.