UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Leigh M. Olsen,
        Petitioner,

V.

Steven O'Brien, et al.,
        Respondent,

CIVIL ACTION

NO. 04-40178-NMG

ORDER OF DISMISSAL

Gorton, D.J.

In accordance with the Court's Memorandum and Order dated   10/6/04   summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

10/7/04
Date

/s/ Martin Castles
Deputy Clerk

(2254dism.ord - 09/92)                                                                                                           [odism.]