OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK,

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

November 3, 2004

William Ruane, Acting Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:    Case No.  04-CV-40178  **Leigh M. Olsen v. Stephen O'Brien, et al.**

Dear Mr. Anastas:

Enclosed please find a motion that this court requests that you construe as a notice of appeal that was mistakenly filed in the United States Court of Appeals for the First Circuit.

In accordance with Fed.R.App.P. 4, the notice of appeal is transmitted herewith. Please use the date of **November 2, 2004,** as the date of docketing this filing. *If a notice of appeal has already been received in your court, please do not duplicate.*

As soon as possible, please certify the district court documents to us.

Sincerely,

By: _____
District Court Liaison

DB/file
cc:    Leigh M. Olsen
       NCCI, PO Box 466
       500 Colony Rd.
       Gardner, MA 01440-0466

04-40178-FDS

2004 NOV -2 A 11:04

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

Misc. No._____

IN RE:

LEIGH M. OLSEN,
PETITIONER,

PETITION FOR ISSUANCE OF WRIT OF
EXTRAORDINARY POWERS FOR ISSUANCE
FOR ISSUANCE OF HABEAS CORPUS OR
ORDER TO SHOW CAUSE IN THE U. S.
DISTRICT COURT FOR MASS.

---

NOW COMES LEIGH M. OLSEN, THE PETITIONER, AND MOVES THIS HONORABLE TRIBUNAL OF JURIST, TO ISSUE AN ORDER (*) COMMANDING THE U. S. DISTRICT COURT SITTING IN WORCESTER CENTRAL SECTION, TO ISSUE/AWARD THE WRIT OR ISSUE AN ORDER DIRECTING THE RESPONDENT TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED.

PETITIONER HAS EXHAUSTED HIS STATE REMEDIES IN THE MASS. SUPREME JUDICIAL COURT, BY FILING HIS IDENTICAL CLAIMS INTO THAT COURT, AND THAT COURT REMAINED SILENT AND AFTER SEVERAL WEEKS PASSING, HE FILED INTO THE U. S. DISTRICT COURT AND PAID HIS FILING FEE ON TWO OCCASIONS.

PETITIONER PRESENTED HIS **FEDERAL CASE LAW(S)** AUTHORITIES TO THE STATE COURTS, <u>**AND THOSE COURTS REFUSED TO ENFORCE THE FEDERAL LAWS**</u>. THE FEDERAL JUDGE WAS PUT ON NOTICE OF THE [F]EDERAL [A]UTHORIES PRESENTED WITHIN THE

(*) §2243

1.

2004 NOV -2 A 11: 04

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

IN THE

UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

Misc. No._____

IN RE:

LEIGH M. OLSEN,
PETITIONER,



PETITION FOR ISSUANCE OF WRIT OF
EXTRAORDINARY POWERS FOR ISSUANCE
FOR ISSUANCE OF HABEAS CORPUS OR
ORDER TO SHOW CAUSE IN THE U. S.
DISTRICT COURT FOR MASS.

---

NOW COMES LEIGH M. OLSEN, THE PETITIONER, AND MOVES THIS HONORABLE TRIBUNAL OF JURIST, TO ISSUE AN ORDER (*) COMMANDING THE U. S. DISTRICT COURT SITTING IN WORCESTER CENTRAL SECTION, TO ISSUE/AWARD THE WRIT OR ISSUE AN ORDER DIRECTING THE RESPONDENT TO SHOW CAUSE WHY THE WRIT SHOULD NOT BE GRANTED.

PETITIONER HAS EXHAUSTED HIS STATE REMEDIES IN THE MASS. SUPREME JUDICIAL COURT, BY FILING HIS IDENTICAL CLAIMS INTO THAT COURT, AND THAT COURT REMAINED SILENT AND AFTER SEVERAL WEEKS PASSING, HE FILED INTO THE U. S. DISTRICT COURT AND PAID HIS FILING FEE ON TWO OCCASIONS.

PETITIONER PRESENTED HIS FEDERAL CASE LAW(S) AUTHORITIES TO THE STATE COURTS, <u>AND THOSE COURTS REFUSED TO ENFORCE THE FEDERAL LAWS</u>. THE FEDERAL JUDGE WAS PUT ON NOTICE OF THE [F]EDERAL [A]UTHORIES PRESENTED WITHIN THE

(*) §2243

1.

FOURCORNERS OF HIS PETITION, PLAINLY FOR THE FEDERAL JUDGE AND HIS LAW CLERK TO READ, AND YET THE JUDGE WITHOUT BEING IN OBEDIENCE WITH THE ACT OF THE UNITED STATES CONGRESS (TITLE 28 USCS §2243), pretermitted the statutory law AND ASSERTED RULES OF PROCEDURE AS CONTROLLING LAW. SUCH ACTIONS WERE USED TO **OBSTRUCT AND IMPEDE THE ADMINISTRATION OF JUSTICE ACCURED TO THIS PETIT-[IONER[.**

### RELIEF REQUESTED

THAT THIS COURT ISSUE AN ORDER COMMANDING THE JUDGE IN THE COURT TO ISSUE THE 'GREAT WRIT' AND RELEASE HIM FROM ALL CUSTODY, OR ISSUE AN ORDER COMMANDING THE RESPONDENT STATE PRISON OFFICIAL TO FILE AN <u>"ANSWER"</u> TO EACH CLAIM PEESENTED WITHIN THE PRO SE PETITION FOR WRIT OF HABEAS CORPUS AD SUBJICIENDUM AGAINST FALSE IMPRISONMENT.

PETITIONER REQUEST THAT AN ORDER COMMANDING THE DEPUTY U. S. MARSHALLS TAKE CUSTODY OF HIM, ONCE STATE PRISON GUARDS ESCORT HIM TO THE FEDERAL COURTHOUSE BUILDING, FOR APPEARANCE BEFORE THE JUDGE.

<u>IT IS SO REQUESTED.</u>

OCTOBER 29, 2004

RESPECTFULLY REQUESTED,

LEIGH M. OLSEN, PRO SE
NCCI P.O. BOX 466
500 COLONY ROAD
GARDNER, MA 01440-0466

# CONSTITUTION

## OF THE

## UNITED STATES OF AMERICA

---

HABEAS CORPUS

Art I, § 9, cl 2

Sec. 9, Cl. 2. Habeas corpus.

The privilege of the writ of habeas corpus shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it.

§ 2243. Issuance of writ; return; hearing; decision

A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.

The person to whom the writ or order is directed shall make a return certifying the true cause of the detention.

When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed.

LEIGH M. OLSEN
NCI P.O. BOX 466
500 COLONY ROAD
GARDNER, MA 01440-0466
N60686

**USMS SCREENED**

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

MAILED ON
SUN/MON
OCT/NOV
31/01
2004

LEIGH M. OLSEN

0221043004