UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Leigh M. Olsen,
    Petitioner,

   v.

Steven O'Brien,
    Respondent,

CIVIL ACTION

NO. 04-40178-FDS

### AMENDED ORDER OF DISMISSAL

Saylor, D.J.

  In accordance with the Court's Memorandum and Order dated __10/6/04__ summarily dismissing this petition for writ of habeas corpus under 28 U.S.C. §2254, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__12/3/04__
Date

/s/ Martin Castles
Deputy Clerk

(2254dism.ord - 09/92)                               [odism.]