IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION
WORCESTER

| | |
|---|---|
| LEIGH M. OLSEN,  ]<br>]<br>PETITIONER,  ]<br>]<br>VS.  ]<br>]<br>STEVEN O'BRIEN,  ]<br>SUPT. NCCI,  ]<br>]<br>KATHERINE DENNEHY,  ]<br>COMMISSIONER,  ]<br>MASS. DEPT. OF CORR.,  ]<br>]<br>RESPONDENTS.  ] | HABEAS CORPUS ACTION<br>DOCKET NO. 4:04-40178-FDS<br><br><br><br>DECEMBER 10, 2004 |

TO:
HONORABLE JUDGE F. DENNIS SAYLOR IV
UNITED STATES DISTRICT COURT
C/O
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
595 MAIN STREET, ROOM 502
WORCESTER, MA 01608

DEAR JUDGE SAYLOR,

WILL YOU KINDLY ADDRESS MY MOTION FOR CERTIFICATE OF APPEALABILITY AND MAKE YOUR FINAL DISPOSITION AND ORDER THE DEPUTY CLERK TO COMPLETE SERVICE OF COPIES TO THE UNITED STATES COURT OF APPEALS.

IT HAS THUS FAR, TAKEN 30 DAYS FOR DISPOSITION, AND MY APPEAL BRIEF CANNOT BE DOCKETED UNTIL THE CERTIFICATE OF APPEALABILITY ISSUE OR DENIED BY YOUR HONOR.

RESPECTFULLY SUBMITTED,

LEIGH M. OLSEN, PRO SE
NCCI, P.O. BOX 466
GARDNER, MA 01440-0466

COPIES TO:
MARGARET CARTER
CHIEF DEPUTY CLERK
U.S. COURT OF APPEALS
ANNETTE C. BENEDETTO
ATTORNEY GENERAL

# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT

No. 04-2560

LEIGH M. OLSEN

Petitioner - Appellant

v.

STEVEN J. O'BRIEN, Superintendent, NCCI Gardner;
KATHERINE DENNEHY, Commissioner, Massachusetts
Department of Corrections

Respondents - Appellees

### ORDER OF COURT
Entered: 12/2/04

This court has docketed petitioner-appellant's appeal from the denial of his petition for writ of habeas corpus under 28 U.S.C. Sec. 2254. The case cannot go forward unless a certificate of appealability issues. 28 U.S.C. Sec. 2253. A request for a certificate of appealability must first be sought in the district court. See Local Rule 22.1(b). Petitioner-appellant's request for a certificate of appealability, filed on **11/16/04**, is pending in the district court.

Accordingly, we direct petitioner-appellant to file a status report in this court by **1/3/05**, and every thirty days thereafter, advising us of the status of that motion. We further order petitioner-appellant to inform us immediately once the district court reaches a decision on the motion for a certificate.

If a status report is not filed by **1/3/05** and at thirty-day intervals thereafter, this appeal may be dismissed for want of diligent prosecution.

By the Court:

Richard Cushing Donovan, Clerk

By __MARGARET CARTER__
Chief Deputy Clerk

To:   Leigh M. Olsen

cc:   Annette C. Benedetto

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY - SUITE 2500
BOSTON, MASSACHUSETTS 02210

OFFICIAL BUSINESS

04-2560

Leigh M. Olsen
NCCI, P.O. Box 466
Gardner, MA  01440-0466

01440+0466  07