04-40178
USDC-MABO
S. SAYLOR

# MANDATE
# United States Court of Appeals
## For the First Circuit

No.   04-2606

LEIGH M. OLSEN

Petitioner - Appellant

v.

STEVEN J. O'BRIEN, Superintendent, NCCI Gardner; KATHERINE DENNEHY, Commissioner, Massachusetts Department of Corrections

Respondents - Appellees

### JUDGMENT

Entered: January 6, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 04-2560.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 1/6/05

By the Court:

Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Chief Deputy Clerk

[cc: Leigh M. Olsen,  Thomas F. Reilly, AG,  Leigh M. Olsen, Defendant-Appellant ]