04-40178
USDC-MABO
J. Saylor

# United States Court of Appeals
## For the First Circuit

~~MANDATE~~

No. 04-2560

LEIGH M. OLSEN,

Petitioner, Appellant,

v.

STEVEN J. O'BRIEN, SUPERINTENDENT, NCCI GARDNER, ET AL.,

Respondents, Appellees.

---

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

---

JUDGMENT

Entered:  March 23, 2005

Leigh M. Olsen, an inmate in state custody, seeks a certificate of appealability of the district court's summary dismissal of his habeas corpus petition. Having carefully reviewed the district court record and Olsen's filings in this court, we conclude that Olsen has failed to "make a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2). Accordingly, his application for a certificate of appealability is denied.

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Deputy Clerk.

Date: 4/19/05

By:    **MARGARET CARTER**
            Chief Deputy Clerk.

[cc: Leigh M. Olsen and Annette C. Benedetto, AAG ]